# EXHIBIT B

RECORDING REQUESTED BY AND

WHEN RECORDED MAIL TO:

Ann F. Mingledorff, Attorney
Georgia-Pacific Corporation
133 Peachtree Street
Atlanta, Georgia 30303


MAIL TAX STATEMENTS TO FOLLOWING
ADDRESS:

Van Vranken Enterprises, Inc.
700 Hollow Tree Road
Ukiah, California 95482

---

**2003-21488**
**Pg : 1 / 2**

```
2003-21488
Recorded at the request of
FIRST AMERICAN TITLE CO
08/18/2003 03:51P
Fee: 10.00 No of Pages: 2

OFFICIAL RECORDS
Marsha A Wharff, Clerk-Recorder
Mendocino County, CA
```

The undersigned Grantor declares that the

DOCUMENTARY TRANSFER TAX is $ 440.00          and is

.☒Computed on the full value of the interest or property conveyed; OR IS

.☐.Computed on the full value less value of liens or encumbrances
  remaining at the time of sale.

SPACE ABOVE THIS LINE FOR RECORDER'S USE

$20.00 PAID
PCO FILED ✓
Exempt

# GRANT DEED

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

### GEORGIA-PACIFIC CORPORATION,

a corporation organized under the laws of the State of Georgia, Grantor, grants to

### VAN VRANKEN ENTERPRISES, INC.,

a corporation organized under the laws of the State of California, Grantee,

the real property located in the City of Ukiah, County of Mendocino, State of California, described in Exhibit A
attached hereto and made a part hereof.

Dated : August _18_, 2003

**GEORGIA-PACIFIC CORPORATION**

By: _____
Name: Carol A. Stephens
Title:   Senior Director of Corporate Real Estate

STATE OF GEORGIA                    }
COUNTY OF FULTON                    }ss
                                    }

On August 15ᵗʰ, 2003 before me, Ann F. Mingledorff,
personally appeared Carol A. Stephens,

☒personally known to me (or) ☐ proved to me on the basis of
satisfactory evidence, to be the person whose name is subscribed
to the within instrument and acknowledged to me that she
executed the same in her authorized capacity, and that by her
signature on the instrument the person or the entity upon behalf
of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____



(This area for official notarial seal)

## Exhibit A

### Legal Description

The land referred to herein is situated in the State of California, County of Mendocino, and is described as follows:

Tract One:

Parcel Two, as shown on Amended Parcel Map filed for record on July 20, 1982 in Map Case 2, Drawer 39, page 42, Mendocino County Records.

Exception therefrom, an undivided ½ interest in and to all oil, gas, petroleum, naphtha, other hydrocarbon substances and minerals of whatsoever kind and nature, with the right of entry upon the terms and conditions set forth in the Deed from the Federal Land Bank of Berkeley, recorded October 23, 1941 in Book 152 of Official Records at page 263, Mendocino County Records.

APN 169-250-04-01, 07-01

Tract Two:

Non-exclusive easements for roadway and public utilities conveyed to E.P. Sailor et ux, by Deeds recorded July 15, 1949 in Book 258 of Official Records at page 36, Mendocino County Records, and Book 254 of Official Records at page 226, Mendocino County Records and shown on Record of Survey filed March 8, 1974 in Map Case 2, Drawer 23, page 64, Mendocino County Records.