# EXHIBIT C

**RECORDING REQUESTED BY:**
Redwood Empire Title Company of Mendocino County

**When Recorded Mail Document To:**
VanVranken Enterprises
P.O. Box 1534
Ukiah, CA 95482

Escrow No.: 20110103DN

```
2011-15403
Recorded at the request of:
REDWOOD EMPIRE TITLE
11/02/2011 09:36 AM
Fee: $25.00  Pgs: 1 of 5
OFFICIAL RECORDS
Susan M. Ranochak - Clerk-Recorder
Mendocino County, CA
```

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## QUIT CLAIM DEED

The undersigned grantor(s) declare(s) Documentary transfer tax is $ 0  Value less than $100

- ☐ computed on full value of property conveyed, or
- ☐ computed on full value less value of liens or encumbrances remaining at time of sale,
- ☒ Unincorporated area: unincorporated area of Ukiah

**FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,**

**Agwood Mill & Lumber Company**

hereby remises, releases and quitclaims to

**Van Vranken Enterprises, Inc.**

the following described real property:

See Exhibit A attached hereto and made a part hereof.

"This deed is given pursuant to Mendocino County Boundary Line Adjustment B29-2011 and is intended to create no new parcel."

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**
QUIT CLAIM DEED

Dated: October 21, 2011

                                                Agwood Mill & Lumber Company

                                                BY: _____
                                                Randy W. Huffman, President

                                                BY: _____
                                                Mark Sparso, Vice President

**MAIL TAX STATEMENTS AS DIRECTED ABOVE**

QUIT CLAIM DEED

STATE OF _California_ )SS
COUNTY OF _Mendocino_ )

On _11-1-11_, before me, **Debra Niesen**, Notary Public, personally appeared _Randy W. Huffman &_ _Mark Sparso_, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Debra Niesen_

[Notary Seal:
DEBRA NIESEN
Commission # 1865081
Notary Public - California
Mendocino County
My Comm. Expires Oct 12, 2013]

My Commission Expires: _10-12-13_              *This area for official notarial seal*

Notary Name: **Debra Niesen**                  Notary Phone: _707 462-8666_
Notary Registration Number: _1865081_           County of Principal Place of Business: _Mendocino_

EXHIBIT "A"
(BLA 29-2011)

Any and all lands and any and all interest thereto lying within the following described real property:

The land referred to herein is situated in the State of California, County of Mendocino and is described as follows:

**TRACT ONE:**

**PARCEL TWO**, as shown on the amended Parcel Map filed for record on July 20, 1982 in Map Case 2, Drawer 39, Page 42, Mendocino County Records.

**EXCEPTING** therefrom, a portion of said Parcel Two described as follows:

**BEGINNING** at a corner of the said Parcel Two, said corner being the westerly end of the course "South 87°08'00" West, 512.95 feet"; thence along an extension of said line, South 87°08'00" West, 140.24 feet to a point that is 80.00 feet easterly of the easterly right of way line of the Northwestern Pacific Railroad right of way; thence South 02°16'00" West, along a line that is parallel with and 80.00 feet easterly of the said easterly right of way line, 453.70 feet to a point on the southerly line of the said Parcel Two; thence along the said southerly line South 89°08'00" East, 139.72 feet to a corner of said Parcel Two; thence along the easterly line of said Parcel Two, North 02°16'00" East, 462.83 feet to the Point of Beginning.

**ALSO EXCEPTING** therefrom, a portion of said Parcel Two described as follows:

COMMENCING at a corner of the said Parcel Two, said corner being the westerly end of the course "South 87°08'00" West, 512.95 feet"; thence along an extension of said line, South 87°08'00" West, 140.24 feet to a point that is 80.00 feet easterly of the easterly right of way line of the Northwestern Pacific Railroad right of way to the **POINT OF BEGINNING**; thence along an extension of said line, South 87°08'00" West, 80.32 feet to a point on the easterly right of way line of the Northwestern Pacific Railroad right of way; thence South 02°16'00" West, along the easterly right of way line of the Northwestern Pacific Railroad, 652.49 feet to a point on the southerly line of the said Parcel Two; thence along the said southerly line, East, 30.06 feet to a corner of said Parcel Two; thence along the easterly line of said Parcel Two, North 02°16'00" East, 203.57 feet to a corner on the southerly line of said Parcel Two; thence South 89°08'00" East, 49.98 feet along the south line of said Parcel Two; thence North 02°16'00" East 453.70 feet, to the Point of Beginning.

**ALSO EXCEPTING** therefrom, an undivided 1/2 interest in and to all oil, gas, petroleum, naphtha, other hydrocarbon substances and minerals of whatsoever kind and nature, with the right of entry upon the terms and conditions set forth in the deed from the Federal Land Bank of Berkeley, recorded October 23, 1941 in Book 152 of Official Records at Page 263, Mendocino County Records.

APN 169-250-04 and portion of 169-250-17

**TRACT TWO:**
Non-exclusive easements for roadway and public utilities conveyed to E P Sailor, et ux, by deeds recorded July 15, 1949 in Book 258 of Official Records at Page 36, Mendocino County Records, and Book 254 of Official Records at Page 226, Mendocino County Records and shown on a Record of Survey Map filed March 8, 1974 in Map Case 2, Drawer 23, and Page 64, Mendocino County Records.

**TRACT THREE:**
A non-exclusive easement to and over an existing truck scale, together with the right of ingress to and egress from said existing truck scale, lying partially within a fifty foot wide access and public utility easement as described by that certain Grant Deed recorded in Book 1506, Official Records, Page 418, Mendocino County Records.

**TRACT FOUR:**
A non-exclusive easement for ingress, egress and public utilities over the area described as follows:

**BEGINNING** at the southwest corner of Parcel Two as shown on the Amended Parcel Map filed for record on July 20, 1982 in Map Case 2, Drawer 39, Page 42, Mendocino County Records; thence along the west line of said Parcel Two, North 02°16'00" East, 652.49 feet; thence leaving said west line North 87°08'00" East, approximately 50 feet to a point on the east line of a 50 foot wide access and public utility easement as shown on the aforementioned Parcel Map; thence South 02°16'00" West, along the east line of said 50 foot wide easement, parallel with the west line of said Parcel Two, 451.73 feet to a point on the south line of said Parcel Two; thence along the said south line, North 89°08'00" West, 19.97 feet; thence South 02°16'00" West, 203.57 feet; thence West, 30.06 feet to the Point of Beginning.

This deed is given pursuant to Mendocino County Boundary Line Adjustment #B 29-2011 and is intended to create no new parcel.

The boundary line adjustment shall not relinquish, remise, release or terminate any prior right, interest in rights-of-way, easements, or other rights, which may be appurtenant to, and/or an encumbrance to the subject property.

It is intent of grantor to quit claim grantor's fee interest only but to reserve to grantor whatever non-fee interest grantor may have held in the subject property prior to the execution of this quit claim deed.

This real property description has been prepared by me or under my direction in conformance with the Professional Land Surveyor's Act.

_George C. Rau_          R.C.E. 21908
My License Expires     09-30-2013

October 12, 2011
Date

R11032 AGWOOD TO VAN VRANKEN                                                                2