**THE LAW OFFICE OF MICHAEL
W. McKELLEB, ESQ. PLLC**
Michael W. McKelleb, NV Bar # 12040
1820 East Warm Springs Road, Suite 130
Las Vegas, Nevada 89119
Telephone: (702) 867-0067
Facsimile: (702) 703-2128
mmckelleb@mckelleblaw.com

**CARPENTER HAZLEWOOD,
DELGADO & BOLEN, LLP**
Gregory A. Stein, NV Bar # 13592
1400 East Southern Avenue, Suite 400
Tempe, Arizona 85282
Telephone: (480) 427-2800
Facsimile: (480) 427-2801
minuteentries@carpenterhazlewood.com
greg.stein@carpenterhazlewood.com

VVENT.0001
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Kush, Inc., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>Frank Van Vranken, an individual; DOES I-X, inclusive, and ROE Corporations I-X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00647-APG-NJK<br><br>**STIPULATED MOTION<br>TO CONTINUE DEADLINE<br>TO FILE RESPONSE TO<br>PLAINTIFF'S MOTION FOR<br>DECLARATORY RELIEF**<br><br>(Assigned to the Honorable<br>Andrew P. Gordon) |

Defendant Frank Van Vranken, Sr. ("Defendant"), by and through undersigned counsel, and Plaintiff Kush, Inc. ("Plaintiff"), by and through undersigned counsel, hereby submit their stipulated motion to continue Defendant's deadline to file his response to Kush's motion for declaratory relief to September 11, 2020. This deadline is currently set for September 8, 2020. Defendant will be referencing the transcript of the parties' May 28, 2020

1

oral argument in his response. However, Defendant was unable to obtain a copy of the transcript until late Wednesday, September 2, 2020 because the assigned court reporter was out-of-the-office.

Accordingly, the parties stipulate specifically that:

1. The deadline to file a response to Kush's motion for declaratory relief, presently set on September 8, 2020, shall be extended to September 11, 2020 after the Court enters a ruling.

**IT IS SO ORDERED:**

_____
Honorable Andrew P. Gordon

DATED: September 9, 2020

RESPECTFULLY SUBMITTED this 8th day of September, 2020.

**THE LAW OFFICE OF MICHAEL W. McKELLEB, ESQ. PLLC**

By: _____
Michael W. McKelleb, Esq.
1820 East Warm Springs Road, Suite 130
Las Vegas, Nevada 89119
*Attorneys for Defendant*

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**

By: _____
Gregory A. Stein, Esq.
1400 East Southern Avenue, Suite 400
Tempe, Arizona 85282
*Attorneys for Defendant*

HOGAN HULET PLLC

By:      <u>Kenneth Hogan (w/permission)</u>
Kenneth Hogan, Esq.
Jeffrey Hulet, Esq.
1140 North Town Center Drive, Suite 300
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2020, I electronically transmitted the foregoing Stipulated Motion to Continue Deadline to File Response to Plaintiff's Motion for Declaratory Relief using the CM/ECF System for filing, and that I transmitted a Notice of Electronic Filing to the following CM/ECF registrants:

Kenneth Hogan, Esq., and Jeffrey Hulet, Esq.
HOGAN HULET, PLLC
1140 North Town Center Drive, Suite 300
Las Vegas, Nevada 89144
ken@h2legal.com
jeff@h2legal.com
*Attorneys for Plaintiff*

By: /s/ Christina Rakovitis

3