UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KUSH, INC., a Nevada corporation,<br><br>　　　　Plaintiff<br><br>v.<br><br>FRANK VAN VRANKEN, an individual; DOES I-X, inclusive, and ROE Corporations I-X, inclusive,<br><br>　　　　Defendants | Case No.: 2:20-cv-00647-APG-NJK<br><br>**Order Granting Stipulation to Vacate Hearing**<br><br>[ECF No. 56] |

　　　I hereby grant the parties' stipulation (ECF No. 56) and vacate the March 18, 2021 hearing on the pending motion for declaratory relief.  The parties shall file either a stipulation to dismiss or a status report on their settlement discussions **by March 26, 2021**.  At that point I will decide whether to reschedule the hearing or decide the motion without a hearing.

　　　DATED this 15th day of March, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE