# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KUSH, INC., <br>     Plaintiff, <br> v. <br> FRANK VAN VRANKEN, <br>     Defendant. | Case No.: 2:20-cv-00647-APG-NJK <br><br> **Order** <br><br> [Docket No. 76] |

On August 31, 2021, Defendant Frank Van Vranken filed a notice of deposition.  Docket No. 76.  Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket unless ordered by the Court.  Local Rule 26-8; Fed. R. Civ. P. 5(d)(1).  No such order has been entered in this case.  Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: August 31, 2021.

                                                       _____
                                                       NANCY J. KOPPE
                                                       UNITED STATES MAGISTRATE JUDGE