# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KUSH, INC.,

    Plaintiff(s),

v.

FRANK VAN VRANKEN,

    Defendant(s).

Case No. 2:20-cv-00647-APG-NJK

**Order**

[Docket Nos. 79-89]

On August 31, 2021, the Court struck Defendant's notice of deposition as improperly filed on the docket, rather than served on opposing counsel. Docket No. 77. Now pending before the Court is Defendant's filing of 11 more notices regarding service of discovery materials. Docket Nos. 79-89.

**Discovery-related documents must be <u>served</u> on opposing counsel, not <u>filed</u> on the docket unless ordered by the Court**. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

**FAILURE TO COMPLY WITH THIS ORDER AND WITH THE GOVERNING RULES MORE GENERALLY MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: January 7, 2022

_____
Nancy J. Koppe
United States Magistrate Judge