HOGAN HULET PLLC
KENNETH HOGAN
Nevada Bar No. 10083
Email: ken@h2legal.com
JEFFREY HULET
Nevada Bar No. 10621
E-mail: jeff@h2legal.com
10501 W Gowan Rd, Suite 260
Las Vegas, Nevada 89129
Tel: (702) 800-5482

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KUSH, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK VAN VRANKEN, an individual; DOES I-X, inclusive, and ROE Corporations I-X, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 2:20-cv -00647-APG -JNK<br><br>**STIPULATON AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT (ECF 91)**<br><br>**(First Request)** |

Plaintiff KUSH, INC. ("Plaintiff"), by and through undersigned counsel, and Defendant FRANK VAN VRANKEN, Jr. ("Defendant"), by and through undersigned counsel, hereby stipulate and agree that the time for Plaintiff to file a response to the Defendant's Motion for Summary Judgment (ECF 91, filed on January 10, 2022) shall be extended from Monday, January 31, 2022 to Friday, February 4, 2022.

/ / /

/ / /

/ / /

/ / /

/ / /

Hogan Hulet PLLC
1140 N. Town Center Dr.
Suite 270
Las Vegas, Nevada 89144
(702) 800-5482

1 of 2

Kush v. Van Vranken
CASE NO. 2:20-cv -00647-APG -JNK

The reason for the brief extension is that Plaintiff's counsel suffered illness which disrupted timely completion of the Response. Defendant's counsel was gracious in accommodating the delay.

STIPULATED this 31st Day of January 2022.

| HOGAN HULET PLLC | CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP |
|---|---|
| ss:// Kenneth E. Hogan | ss:// Greg A. Stein |
| KENNETH E HOGAN, Esq. | GREG A. STEIN, Esq. |
| 10501 W Gown Rd., Suite 260 | 1400 East Southern Avenue, Suite 400 |
| Las Vegas, Nevada 89129 | Tempe, Arizona 85282, Jr |
| Attorneys for Plaintiff, Kush, Inc. | Attorneys for Frank Van Vranken, Jr. |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 1, 2022

Hogan Hulet PLLC
1140 N. Town Center Dr.
Suite 270
Las Vegas, Nevada 89144
(702) 800-5482

2 of 2