**CARPENTER HAZLEWOOD,
DELGADO & BOLEN, LLP**
Gregory A. Stein, NV Bar # 13592
1400 East Southern Avenue, Suite 400
Tempe, Arizona 85282
Telephone: (480) 427-2800
Facsimile: (480) 427-2801
minuteentries@carpenterhazlewood.com
greg.stein@carpenterhazlewood.com

VVENT.0001
*Attorneys for Defendant/Counterclaimant*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Kush, Inc., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Frank Van Vranken, Jr., an individual; DOES I-X, inclusive, and ROE Corporations I-X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:20-cv-00647-APG-NJK<br><br>[Consolidated – Formerly Case No. 2:20-cv-00649-JCM-DJA]<br><br>**STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>(Assigned to the Honorable Andrew P. Gordon) |
| Frank Van Vranken, Jr., an individual,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>Kush, Inc., a Nevada corporation,<br><br>　　　　　Counterdefendant. | |

　　Defendant/Counterclaimant Frank Van Vranken, Jr., by and through undersigned counsel, and Plaintiff/Counterdefendant Kush, Inc., by and through undersigned counsel, hereby submit their stipulated motion to extend the deadline for Mr. Van Vranken to file a

reply in support of his previously-filed Motion for Summary Judgment (ECF No. 91) from February 18, 2022 to February 25, 2022. Mr. Van Vranken requested an extension due to his counsel's schedule and Kush's counsel was gracious in accommodating the request.

The parties specifically stipulate that the deadline for Mr. Van Vranken to file a reply in support of his Motion for Summary Judgment (ECF No. 91) is extended from February 18, 2022 to February 25, 2022.

**IT IS SO ORDERED:**

_____
Honorable Andrew P. Gordon

DATED: February 16, 2022

RESPECTFULLY SUBMITTED this 15th day of February 2022.

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**

By: *Greg Stein*
Gregory A. Stein, Esq.
1400 East Southern Avenue, Suite 400
Tempe, Arizona 85282
*Attorneys for Defendant/Counterclaimant*

**HOGAN HULET PLLC**

By: *Ken Hogan (with permission)*
Kenneth Hogan, Esq.
Jeffrey Hulet, Esq.
1140 North Town Center Drive, Suite 300
Las Vegas, Nevada 89144
*Attorneys for Plaintiff/Counterdefendant*