# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KUSH, INC., <br>     Plaintiff(s), <br> v. <br> FRANK VAN VRANKEN, <br>     Defendant(s). | Case No. 2:20-cv-00647-APG-NJK <br><br> **Order** <br><br> [Docket No. 102] |

Pending before the Court is a stipulation to extend the deadline to file the joint proposed pretrial order by 119 days.[1]  Docket No. 102.  The Court finds that the parties' intent to mediate their dispute warrants an extension, though the parties have not arranged a date for that mediation so the Court cannot make a finding that the lengthy extension sought is warranted.  Accordingly, the stipulation is **GRANTED** in part and **DENIED** in part.  The deadline for filing the joint proposed pretrial order is **EXTENDED** to May 18, 2022.[2]

IT IS SO ORDERED.

Dated: April 5, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The stipulation indicates that the parties seek a 90-day extension, but the math is faulty.  *See* Docket No. 102 at 2 (seeking current deadline of April 18, 2022, be reset to new deadline of August 15, 2022).

[2] Counsel must promptly coordinate a date for the mediation.  To the extent a further extension is sought, counsel must identify a firm mediation date in any such request.

1