# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KUSH, INC., <br>         Plaintiff(s), <br><br> v. <br><br> FRANK VAN VRANKEN, <br>         Defendant(s). | Case No. 2:20-cv-00647-APG-NJK <br><br> **Order** <br><br> [Docket No. 104] |

Pending before the Court is a second stipulation to extend the deadline to file the joint proposed pretrial order by 90 days. Docket No. 104. The parties seek relief from the current deadline of May 18, 2022, in light of a mediation scheduled for May 26, 2022. *Id.* at 2. The stipulation does not explain why a 90-day extension is warranted for a mediation set one week after the current deadline. Accordingly, the stipulation is **GRANTED** in part and **DENIED** in part. The deadline for filing the joint proposed pretrial order is **EXTENDED** to June 9, 2022.

IT IS SO ORDERED.

Dated: May 17, 2022

Nancy J. Koppe
United States Magistrate Judge