**CARPENTER HAZLEWOOD,**
**DELGADO & BOLEN, LLP**
Gregory A. Stein, NV Bar # 13592
1400 East Southern Avenue, Suite 400
Tempe, Arizona 85282
Telephone: (480) 427-2800
Facsimile: (480) 427-2801
minuteentries@carpenterhazlewood.com
greg.stein@carpenterhazlewood.com

VVENT.0001
*Attorneys for Defendants/Counterclaimants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Kush, Inc., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Frank Van Vranken, Jr., an individual; DOES I-X, inclusive, and ROE Corporations I-X, inclusive,<br><br>　　　　　Defendants.<br><br>Frank Van Vranken, Jr., an individual,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>Kush, Inc., a Nevada corporation,<br><br>　　　　　Counterdefendant. | Case No. 2:20-cv-00647-APG-NJK<br><br>[Consolidated – Formerly Case No. 2:20-cv-00649-JCM-DJA]<br><br>**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>(Assigned to the Honorable Andrew P. Gordon) |

　　　Defendants/Counterclaimants Frank Van Vranken, Sr. and Frank Van Vranken, Jr. and Plaintiff/Counterdefendant Kush, Inc., all by and through undersigned counsel and in accordance with the Notice of Settlement (ECF No. 106) filed on June 9, 2022, hereby notify the Court that they reached a confidential settlement of their pending disputes and stipulate

and agree that this matter may be dismissed <u>without prejudice</u>, each party to bear its own attorneys' fees and costs. The parties request an order of dismissal without prejudice, as the underlying settlement agreement requires the parties to perform specific acts in the coming months. Once these acts have been completed, the parties intend to file a Stipulation and Order of Dismissal with Prejudice.

**IT IS SO ORDERED:**

_____
Honorable District Court Judge

DATED: June 29, 2022

RESPECTFULLY SUBMITTED this 28th day of June 2022.

**CARPENTER, HAZLEWOOD, DELGADO & BOLEN, LLP**

By: *Greg Stein*
Gregory A. Stein, Esq.
1400 East Southern Avenue, Suite 400
Tempe, Arizona 85282
*Attorneys for Defendants/Counterclaimants*

**MARQUIS AURBACH COFFING**

By: /s/ Jack Chen Min Juan (with permission)
Jack Chen Min Juan, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants/Counterclaimants*

**HOGAN HULET PLLC**

By: <u>/s/ Ken Hogan (with permission)</u>
Kenneth Hogan, Esq.
Jeffrey Hulet, Esq.
1140 North Town Center Drive, Suite 300
Las Vegas, Nevada 89144
*Attorneys for Plaintiff/Counterdefendant*